UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**JOHN D. ALLEMAN,** *Individually, and*
*on behalf of all others similarly situated,*

    **Plaintiff,**

v.

**YELLOWBOOK, YELLOWBOOK, INC.,**
**and YP TEL, INC.,**

    **Defendants.**        No. 12-cv-1300-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on defendants' Motion to Dismiss (Doc. 14).

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on September 6, 2013 granting defendants' Motion to Dismiss, this case is **DISMISSED** with prejudice.

                NANCY J. ROSENSTENGEL,
                CLERK OF COURT

                BY:   /s/*Sara Jennings*
                         **Deputy Clerk**

Dated:  September 6, 2013

Digitally signed by
David R. Herndon
Date: 2013.09.06
14:38:08 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT